1  JOSEPH P. RUSSONIELLO (CA 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  S. WAQAR HASIB (CABN 234818)
   DANIEL SANDERS (OHBN 52077)
5  Assistant United States Attorneys

6  450 Golden Gate Ave (11th Floor)
   San Francisco, CA 94102
7  Telephone: (415) 436-7359
   Facsimile: (415) 436-7234
8
   Attorneys for the United States
9

**FILED**

JAN 2 5 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO. 3-08-70035-EDL EMC |
| V. ) | |
| ) | NOTICE OF PROCEEDINGS ON |
| v. ) | OUT-OF-DISTRICT CRIMINAL |
| ) | CHARGES PURSUANT TO RULES |
| RICARDO ALVARES-MORALES ) | 5(c)(2) AND (3) OF THE FEDERAL RULES |
| ) | OF CRIMINAL PROCEDURE |

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on January 24, 2008, the above-named defendant was arrested based upon an arrest warrant (copy attached), issued upon an indictment (copy attached) pending in the Eastern District of Wisconsin, case number 08-CR-00036. In that case, the defendant is charged with conspiring with others to distribute controlled substances, in violation of 21 U.S.C. 841(a)(1), 841(b)(1)(a) and 846.

Respectfully Submitted,
JOSEPH P. RUSSONIELLO
United States Attorney

Date: January 25, 2008

S. WAQAR HASIB
DANIEL SANDERS
Assistant United States Attorneys

# SEALED

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

'08 JAN 15 P3:26

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>1 OSKAR W. SHELDON,<br>2 PATRICK J. O'BRIEN,<br>3 PETER K. LOFGREN,<br>4 AIMEE S. MARTINEZ,<br>5 RICARDO ALVAREZ-MORALES,<br>6 OMAR MORALES-ORTIZ,<br>7 CELESTE F. PINNEY,<br>8 DAVID P. LEBLANC,<br>9 COLLEEN MCGARRY,<br>10 RYAN C. MINAHAN,<br>11 BENJAMIN C. JANIK,<br>12 BRIAN J. MCGUINNIS,<br>13 JEREMY HOCH,<br>14 SAMUEL E. SUMNER,<br>15 THOMAS P. BAKER,<br>16 EMMANUAL MERRITT,<br>17 CHRIS A. LAMBROU,<br>18 ROBERT A. HUFF,<br>19 JUSTIN WELLS,<br>20 JOHNNY J. MORTON, and<br>21 ANDREA MCDEVITT,<br><br>   Defendants. | Case No. 08-CR-**08 CR 36**<br><br>[Title 21, U.S.C. §§ 841(a)(1), 841(b)(1)(A) & 846, and Title 18, U.S.C. §2]<br><br><br><br><br><br><br><br><br><br><br>SEALED |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE

1. Beginning sometime in 2006, and continuing through January 15, 2008, in the State and Eastern District of Wisconsin and elsewhere,

> OSKAR W. SHELDON,
> PATRICK J. O'BRIEN,
> PETER K. LOFGREN,
> AIMEE S. MARTINEZ,
> RICARDO ALVAREZ-MORALES,
> OMAR MORALES-ORTIZ,
> CELESTE F. PINNEY,
> DAVID P. LEBLANC,
> COLLEEN MCGARRY,
> RYAN C. MINAHAN,
> BENJAMIN C. JANIK,
> BRIAN J. MCGUINNIS,
> JEREMY HOCH,
> SAMUEL E. SUMNER,
> THOMAS P. BAKER,
> EMMANUAL MERRITT,
> CHRIS A. LAMBROU,
> ROBERT A. HUFF,
> JUSTIN WELLS,
> JOHNNY J. MORTON, and
> ANDREA MCDEVITT,

knowingly and intentionally conspired with each other and persons known and unknown to the grand jury, to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

2. The offense involved 1,000 kilograms or more of a mixture and substance containing marijuana, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841(b)(1)(A) & 846 and Title 18, United States Code, Section 2.

2

## FORFEITURE NOTICE

All property of the defendants constituting or derived from any proceeds the defendants obtained as a result of the violations set forth in Count One, and all property of the defendants used or intended to be used to commit or facilitate the commission of the violations, is subject to forfeiture to the United States pursuant to Title 21, United States Code, Section 853. The properties subject to forfeiture include the following:

1. A personal money judgment against each defendant in the amount of $1,000,000.00, an amount representing the unseized proceeds of the violations charged in Count One, and funds used to facilitate the violations.

A TRUE BILL

FOREPERSON

Dated: 1-15-08

Steven M. Biskupic
United States Attorney

3

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA

v.

RICARDO ALVAREZ-MORALES, dob 1977

## WARRANT FOR ARREST

CASE NUMBER: 08 CR 36

**TO:** The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Ricardo Alvarez-Morales and bring him forthwith to the nearest magistrate to answer an Indictment charging him with knowingly and intentionally conspiring with others to distribute a controlled substance involving 1,000 kilograms or more of a mixture and substance containing marijuana, a Schedule I controlled substance, all in violation of Title 21, United States Code, §§ 841(a)(1), 841(b)(1)(A) and 846 and Title 18, United States Code, § 2.

| Jon W. Sanfilippo | District Court Clerk |
|---|---|
| Name of Judicial Officer | Title of Issuing Officer |

January 15, 2008, at Milwaukee, Wisconsin
Date and Location

Signature of Issuing Officer

(By) Deputy Clerk

Bail fixed at $_____ by _____

Name of Judicial Officer

I hereby certify that this is a true and correct copy of the original now remaining of record in my office
U.S. District Court
Eastern Dist. Wis.
JON W. SANFILIPPO, Clerk
DATED: 1/16/08 BY: Deputy

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED: | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST: | | |