UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

Feb. 4, 2008

General Court Number
415.522.2000

Office of the Clerk
U.S. District Court
  360 U/S. Courthouse
  517 E/ Wisconsin Ave.
  Milwaukee WI   53202

**FILED**

FEB 8 2008   FEB 1 5 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case Name:     U.S. v. Oskar Sheldon
Case Number:   3:08-70035
Charges:       21:841 Conspiracy to distribute controlled substance marijuana

Dear Clerk:

The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge _____ The following action has been taken:

   (X)   The U.S. Marshal has been ordered to remove this defendant to your district forthwith.
   ( )   The defendant has a court appearance in your court on:

Enclosed are the following documents:

   certified copies ~~original~~ Rule 40 affidavit
   ~~original~~ minute orders
   certified copy of *AO 94, Commitment to Another District*

Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

by: <u>Lori Murray</u>
Case Systems Administrator

Enclosures
cc: Financial Office

---

Receipt of the above-described documents is acknowledged herewith and assigned case number:

Date: _____

CLERK, U.S. DISTRICT COURT